## AMEROP INDUSTRIAL CORPORATION, Appellant, v. The ELECTRIC AUTO-LITE COMPANY, Appellee.

### No. 261.

Circuit Court of Appeals, Second Circuit.
March 1, 1937.

O'Connor & Farber, of New York City (Arnold T. Koch and Basil O'Connor, both

of New York City, of counsel), for appellant.

Larkin, Rathbone & Perry, of New York City (T. R. Iserman, Parker Newhall, and A. P. Whitehead, all of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.